

```
___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

            JUN   7 2012

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-425-HDM (RJJ) |
| DANDREA YOUNG, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On March 1, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DANDREA YOUNG to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant DANDREA YOUNG pled guilty. Indictment, ECF No. 1; Plea Memorandum, ECF No. 18; Minutes of Change of Plea Proceedings, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 4, 2012, through April 2, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 24.

. . .

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) Winchester, 12 gauge shotgun, serial # 247568;

2) Cobra Enterprises, .380 pistol, with an obliterated serial number; and

3) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___7th___ day of ___June___, 2012.

_____
UNITED STATES DISTRICT JUDGE